United States District Court
Southern District of Texas
**ENTERED**
April 24, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Criminal Action H-24-476-5 |
| | § | |
| Gregory Bautsch, | § | |
| *Defendant.* | § | |

## ORDER REVOKING BOND

Pending before the court is the Petition for Action on Pretrial Release. ECF No. 102. The petition alleges that Bautsch tested positive for drugs in April 2025 and failed to report to Probation since May 2025. *Id.* Bautsch pleaded true to the violations. The court found the violations to be true.

Revocation of supervised release is governed by 18 U.S.C. § 3148. Under section 3148(b)(1), the judicial officer "shall enter an order of revocation if (1) there is either probable cause that the defendant committed a new crime or violated any other condition of release, and (2) that there are no conditions that will assure his appearance, or he is unlikely to abide by any conditions of release.

At the hearing, Bautch admitted that he stopped reporting to his pretrial services officer when he learned that he had tested positive for drugs. While Bautch appears to have been attending drug treatment on his own, he has utterly disregarded his obligations to pretrial services and the court. The court can make no conclusion other than that there are no conditions that will assure his appearance and that he is unlikely to abide by any conditions of release.

Gregory Bautsch's bond is revoked, and he is **ORDERED** detained pending trial.

Signed at Houston, Texas, on April 24, 2026.

_____
Peter Bray
United States Magistrate Judge